No. 98–5073.  LEVY v. CITY OF ALEXANDRIA, VIRGINIA.  C. A. 4th Cir.  Certiorari denied.

No. 98–5075.  COLE v. OBREGON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–5076.  BARNETT v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 98–5077.  LOWE v. MONARD.  Ct. Civ. App. Okla.  Certiorari denied.

No. 98–5078.  KELLEY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–5079.  MAHLER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 98–5080.  NWACHUKWU v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–5082.  BRUMMITT v. CHANDLER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–5083.  WILHELM v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 98–5084.  OBERLE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–5085.  TRENT v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 98–5086.  PACK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–5087.  PIHLBLAD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–5088.  SMITH v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 98–5089.  JOYNER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–5090.  JONES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.